IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CONNOR SCOTT and his parents, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 3:13-cv-01410 |
| | ) | |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Griffin |
| WILLIAMSON COUNTY BOARD OF | ) | |
| EDUCATION, and WILLIE DICKERSON | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Motion for Preliminary Injunction Pursuant to Fed. R.

Civ. P. 65(a) ("Motion") (Doc. No. 4), filed by Plaintiffs Connor Scott, Jason Scott, and

Marquette Tyner.  Plaintiffs request the Court enjoin Defendants Williamson County Board of

Education and Willie Dickerson from excluding Connor Scott from enrolling in classes in the

regular education program at Franklin High School for the spring 2014 semester.  (*Id.*)

Defendants filed a Response opposing the Motion (Doc. No. 13) and Plaintiffs filed a Motion

for Leave to File a Reply ("Motion for Leave") (Doc. No. 14) with their Reply (Doc. No. 14-

1).  The Court hereby **GRANTS** the Motion for Leave, and will consider Plaintiffs' Reply in

ruling on the Motion.

The Court held a hearing on the Motion on January 6, 2014.  The following

summarizes the Court's ruling from the hearing.  The Court **DEFERS** ruling on the Motion

and **ORDERS** Defendant to complete an evaluation to determine whether Connor Scott is

eligible to receive services pursuant to the Individuals with Disabilities Education Act

("IDEA").  The Court further **ORDERS** Defendant to allow Connor Scott to attend classes at

1

Franklin High School until the IDEA evaluation is completed, at which time the Court will reconvene to assess the situation in light of whether Connor Scott is eligible for IDEA services.

It is so ORDERED.

Entered this __6th___ day of January, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT