IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CONNER SCOTT, and his parents )
JASON SCOTT and MARQUETTE )
TYNER )          No. 3-13-1410
)
v. )
)
WILLIAMSON COUNTY BOARD OF )
EDUCATION; and WILLIE )
DICKERSON )

O R D E R

Pursuant to the order entered July 7, 2014 (Docket Entry No. 28), counsel for the parties called the Court on July 28, 2014, at which time they reported on the status of their settlement discussions. Plaintiffs' counsel also reported that the guidance counselor will schedule exams within the next couple of weeks and that, except for a determination of the transferability of the Keystone credits, it appears that the plaintiff has completed the necessary course work to take his exams and, if he passes, to graduate by the end of the summer.

Counsel for the parties shall convene another telephone conference call with the Court on **Friday, August 8, 2014, at 12:00 noon, central time,** to be initiated by plaintiffs' counsel, to address whether the parties have been able to reach a resolution of this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge