IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CONNER SCOTT, and his parents )
JASON SCOTT and MARQUETTE )
TYNER ) No. 3-13-1410
 )
v. )
 )
WILLIAMSON COUNTY BOARD OF )
EDUCATION; and WILLIE )
DICKERSON )

O R D E R

Pursuant to the order entered August 8, 2014 (Docket Entry No. 30), counsel for the parties called the Court on August 20, 2014, at which time they advised that they expected to file an agreed order of dismissal by September 2, 2014.

As a result, the plaintiffs' motion for preliminary injunction (Docket Entry No. 4), is rendered MOOT, and the Clerk is directed to terminate that motion as pending.[1]

If the parties do not file an agreed order of dismissal by September 2, 2014, further proceedings will be scheduled.

If, for any reason, the submission of the parties' anticipated agreed order of dismissal is delayed or in jeopardy, counsel for the parties shall schedule a telephone conference call with the Court before September 2, 2014.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] The plaintiffs have leave to reassert the motion in the event that the parties do not file an agreed order of dismissal as anticipated.